IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| RACHEL COTTRELL,<br><br>                     Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>                    Defendant. | No. CV 20-26-H-SEH<br><br>**ORDER** |

On July 7, 2020, the Court issued its Order,[1] which recited, in part:

> Expert reports will be required from treating physicians if testimony to be offered will include any opinions not fully expressed in the physician's medical records.
>
> 8. Separate written disclosures of all non-retained experts (expert witnesses not obliged to provide a Fed. R. Civ. P. 26(a)(2)(B) written report) are required. Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include:

---

[1] Doc. 10.

      a.     A separate statement of each opinion to be offered.

      b.     Specific identification of and source citations to facts or data considered, referenced, or relied upon by the witness in forming the each of the opinions expressed. Copies of all documents and data considered, referenced, or relied upon shall be attached as exhibits to the written disclosure when filed.

      c.     A separate statement of the bases and reasons for each of the opinions.

Plaintiff's disclosure of non-retained experts identified in Doc. 16 does not comply with the Court's Order.[2]

ORDERED:

Plaintiff shall, on or before March 12, 2021, file an amended disclosure of non-retained experts complying with the Court's July 7, 2020, Order.[3]

DATED this 5th day of March, 2021.

*SAM E. HADDON*
United States District Judge

---

[2] Doc. 10.

[3] Doc. 10.