IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| RACHEL COTTRELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>                    Defendant. | No. CV 20-26-H-SEH<br><br>**ORDER** |

On March 18, 2021, the Court conducted a telephonic conference call with counsel[1] to address compliance with disclosure requirements[2] for non-retained experts identified by Plaintiff including: (1) identity of each expert; (2) specific opinions to be offered by each expert; (3) identification of documents considered or relied upon by each expert for each opinion stated; and (4) the basis for each

---

[1] *See* Doc. 19.

[2] *See* Docs. 10 and 17.

opinion.

Testimony by non-retained experts at trial will be limited to opinions stated in disclosures provided.

ORDERED:

1. Plaintiff, on or before 4:45 p.m. on March 26, 2021, shall file and fully comply as to form and content, with all disclosure requirements as specified in the Court's Order of July 7, 2020,[3] for each non-retained expert identified.

2. Defendant shall have to and including 4:45 p.m. on April 2, 2021, in which to file a response, with objections if any, to Plaintiff's disclosures.

3. Opinions and testimony offered by non-retained experts, if the expert is qualified in his or her respective field, will be limited to those opinions and topics appropriately disclosed.

DATED this 18th day of March, 2021.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Doc. 10.