IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| RACHEL COTTRELL,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | No. CV 20-26-H-SEH<br><br>**ORDER** |

Upon the record made in open court on May 4, 2021,

ORDERED:

1. Defendant Allstate's Motion to Strike Regarding Plaintiff's Amended Disclosure of Non-Retained Experts[1] is DENIED.

2. Defendant Allstate's Motion in Limine Regarding Treating Provider

---

[1] Doc. 32.

Testimony[2] is GRANTED in part and DENIED in part as stated on the record.

3. Plaintiff shall have until 4:45 p.m. on May 12, 2021, in which to file a report with the Court as to the status of the intake and 14-system-review forms asserted to be in the possession of Bill Rosen, M.D.

4. Defendant shall have until 4:45 p.m. on May 17, 2021, in which to file and serve a supplemental written report from John A. Vallin, M.D.

DATED this 4th day of May, 2021.

SAM E. HADDON
United States District Judge

---

[2] Doc. 37.