# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| RACHEL COTTRELL,<br><br>                      Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>                      Defendant. | No. CV 20-26-H-SEH<br><br>**ORDER** |

On July 1, 2021, Defendant moved in limine for this Court's order "limiting and excluding at trial lay opinion testimony and speculative evidence of loss of earnings, including loss of bonus pay" on grounds "the claim of past wage or income loss allegedly stemming from the subject accident is the subject of speculation and something that Plaintiff has not and cannot quantify or itemize."[1] Plaintiff's response brief was due July 15, 2021.[2] None was filed and no request for an extension was made.

---

[1] Doc. 53 at 1.

[2] *See* L.R. 7.1(d)(1)(B).

ORDERED:

The motion[3] is deemed well taken and is GRANTED.

DATED this 16th day of July, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 53.