IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| RACHEL COTTRELL,<br><br>                       Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>                       Defendant. | No. CV 20-26-H-SEH<br><br>**ORDER** |

The parties filed a Joint Stipulation to Dismiss with Prejudice.[1]

ORDERED:

This case is dismissed with prejudice, each party to bear its own costs and attorneys' fees. All deadlines are VACATED.

DATED this 9th day of August, 2021.

                                                  /s/ Sam E. Haddon<br>
                                                  SAM E. HADDON<br>
                                                  United States District Judge

---

[1] Doc. 56.